| Date | Pleading Number | |
|---|---|---|
| 1/2/73 | 1. | GENERAL ADJUSTMENT BUREAU (DEF.)  Motion for consolidation of two actions; supporting brief; exhibits A through F; including affidavit of service. |
| | | SUGGESTED TRANSFEREE FORUM:  S.D. New York |
| 1/8/73 | | General Adjustment Bureau's amendment to certificate of service to include district courts where actions are pending. |
| 1/4/73 | | ORDER setting A-1, A-2, hearing in Los Angeles, Calif. Jan. 26, 1973 |
| 1/18/73 | 2 | Plaintiffs' joint response to defendant's motion for transfer w/cert. of service. |
| 1/24/73 | | General Adjustment Bureau letter stating no one will appear at hearing |
| 2/23/73 | | CONSENT OF CHIEF JUDGE EDELSTEIN for Judge Gurfein to handle litigation in S.D.N.Y. pursuant to 28 U.S.C. §1407 |
| 2/23/73 | 3 | ORDER - Consolidating A-1 and A-2 in S.D.N.Y. for assignment to Judge Murray I. Gurfein for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 distribution made. |
| 11/12/73 | | Albert C. Hanna v. General Adjustment Bureau, N.D. Ill, 73C2209 CTO entered today.  Notified counsel, involved judges. |
| 11/21/73 | | RYAN V. GENERAL ADJUSTMENT BUREAU, E.D. KY., CA No. 1161 CTO entered today.  Notified service counsel, involved judges |
| 11/26/73 | | ALBERT C. HANNA  V. GENERAL ADJUSTMENT BUREAU, N.D. ILL 73C2209 Notice of Opposition received from plaintiff |
| 11/27/73 | | ALBERT C. HANNA V. GENERAL ADJUSTMENT BUREAU, N.D. ILL 73C2209 Order - Staying CTO - Notified counsel, involved judges. |
| 12/7/73 | | RYAN V. GENERAL ADJUST BUREAU, E.D. KY C.A. No. 1161 Plaintiffs' notice of opposition filed today |
| | | ORDER - staying CTO.  Notified counsel, involved judges |
| 12/12/73 | 3 | MOTION w/BRIEF of Albert Hanna to vacate conditional transfer order in the Hanna v. G.A.B. action.  w×r Service indicated |
| 12/19/73 | | JAMES J. RYAN V. G.A.B., INC., E.D.KENTUCKY, 1161 Plaintiffs request for extension of time. |
| 12/27/73 | | ORDER extending time to plt to and including Jan. 21, 1974 to file and serve said motion and brief. |
| 1/9/74 | | ALBERT C. HANNA V. GENERAL ADJUSTMENT BUREAU , N.D. ILL, 73C2209 JAMES J. RYAN V. GENERAL ADJUSTMENT BUREAU, E.D. KY., 1161 HEARING ORDER - Setting actions for hearing, Atlanta, Georgia Feb. 7, 1974, Notified counsel, involved judges |
| 1/22/74 | 4 | JAMES J. RYAN V. G.A.B., E.D. KY, 1161 Plaintiff's motion and brief to vacate CTO |
| 1/30/74 | | Hanna v. General Adjustment Bureau, N.D. Ill, 73C2209 Ryan V. General Adjustment Bureau, E.D.Ky, 1161 |
| | 5 | PROFESSIONAL ADJUSTMENT SYSTEMS OF AMERICA, INC.  responsive brief (to vacate Hanna, no position on Ryan) |
| 2/7/74 | 6 | GAB response to motion to vacate w/cert. of service. |
| 5/13/74 | | OPINION AND ORDER transferring (Hanna v. G.A.B., N.D. Ill, 73C2209) and (Ryan v. G.A.B., E.D. Ky, 1161) to the S.D. N.Y. for assignment to Judge Murray I. Gurfein for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 9/27/74 | | ORDER -- reassigning litigation from Judge Gurfein to Judge HENRY F. WERKER for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  Notified transferee court, ch. judge, involved judges, clerk and counsel |
| 10/1/74 | | ALBERT C. HANNA V. GENERAL ADJUSTMENT BUREAU, N.D.ILL, 73C2209 S.D.N.Y., Civl Action No. 74 Civ. 2146 -- Conditional Remand Order entered today. |
| 10/1/74 | | JUDGE GURFEIN LETTER STATING HANNA ACTION IS READY FOR REMAND. |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 2

DOCKET NO. 127 -- IN RE GENERAL ADJUSTMENT BUREAU ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 11/21/78 | | SUGGESTION OF REMAND for (B-2) Ryan v. General Adjustment Bureau -- Judge Werker  (cds) |
| 11/21/78 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-2 James J. Ryan v. General Adjustment Bureau, S.D.N.Y., #74Civ2146 (E.D.Ky., #1161) -- Notified involved counsel and judge  (cds) |
| 12/6/78 | | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- (B-2) James J. Ryan v. General Adjustment Bureau, S.D.N.Y., C.A. No. 74 Civ 2146, Defendant General Adjustment Bureau  (emh) |
| 12/27/78 | | ORDER -- Lifting Stay of Conditional Remand Order -- (B-2) James J. Ryan v. General Adjustment Bureau, S.D. N.Y., #74Civ2146 (E.D.Ky., #1161) -- Notified involved counsel, clerks and Judges.  (emh) |
| 12/27/78 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-2 Ryan v. General Adjustment Bureau, S.D.N.Y., C.A. No. 74 Civ 2146 (E.D.Ky. #1161) -- Notified counsel and Judges  (emh) |

OPINION AND ORDER OF MAY 13, 1974 — 381 F. SUPP. 2/35
DOCKET NO. 127 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed

## Description of Litigation

### IN RE GENERAL ADJUSTMENT BUREAU ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s)  1-26-73   2-9-74

Date(s) of Opinion(s) or Order(s)  2/23/73   5/13/74   9/26/74

Consolidation Ordered  xx     Name of Transferee Judge  ~~Murray I. Gurfein~~  Henry F. Werker

Consolidation Denied  ___     Transferee District  Southern District of New York  (208)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Professional Adjusting Systems of American, Inc., et al. v. General Adjustment Bureau, Inc. | S.D.N.Y. Gurfein | 72 Civ 5122 | | | 9/27/78 | Motion--1/2/7 GAB |
| A-2 | Chambers & Barber, Inc. v. General Adjustment Bureau, Inc. | N.D.Cal. ~~Conti~~ LHB | 72-731-~~SC~~ | 2/23/73 | 73 Civ 883 | 9/27/78 | "       " |
| B-1 | Albert C. Hanna v. General Adjustment Bureau  CRO 11/12/73 CLOSED 10/1/74 | N.D.Ill Parsons | 73C2209 | 5/13/74 | 74 Civ 2145 | 10/16/74 Remand | |
| B-2 | James J. Ryan v. General Adjustment Bureau  11/21/73 OPPOSED | E.D.KY | 1161 | 5/13/74 | 74 Civ 2146 | 12/27/78 Remand | |

Verified July 1976    3 Tr
                      1 X42
Ditto July 1977       4
                     (1) Remand
                      3
Ditto July 1978

July 1979 - 3 Tr/1 X42/2 Rem / 2 Pdg

Closed Dec 1978

DOCKET NO. 127

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN REGENERAL ADJUSTMENT BUREAU ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | H. Laddie Montague, Jr., Esq.<br>Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103 | Clarence W. Olmstead, Jr., Esq.<br>Shearman & Sterling<br>53 Wall Street<br>New York, New York 10005 |
| A-2 | Morgan, Beauzay & Hammer<br>300 West Hedding Street<br>San Jose, California 95110 | Richard J. Lucas, Esquire<br>Orrick, Herrington, Rowley & Sutcliffe<br>405 Montgomery Street<br>San Francisco, California 94104 |
| B-1 | Harvey J. Barnett, Esq.<br>Rosenthal and Schanfield<br>105 West Adams Street<br>Chicago, Illinois 60603 | Wolfe, Hubbard, Leydig, Voit and Osann<br>One IBM Plaza<br>Chicago, Illinois |
| B-2 | Richard M. Trautwein, Esq.<br>Barnett and Alagia<br>The Seventeenth Floor<br>Kentucky Home Life Building<br>P. O. Box 1179<br>Louisville, Kentucky 40201 | |