DOCKET NO. 127

FEB 23 1973

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL ADJUSTMENT BUREAU ANTITRUST LITIGATION

ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the action pending in the Northern District of California to the Southern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the action pending in that district before the Honorable Murray I. Gurfein and the Panel having found, upon the basis of the complaints and the papers submitted, that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and further the just and efficient conduct of the litigation,

IT IS ORDERED that the action pending in the Northern District of California be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, is assigned to the Honorable Murray I. Gurfein for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the other action pending in that district and listed on Schedule A.

FOR THE PANEL:

Alfred P. Murrah
Chairman

Attachment

| | |
|---|---|
| SCHEDULE A | DOCKET NO. 127 |

### SOUTHERN DISTRICT OF NEW YORK

Professional Adjusting Systems of American, Inc., et al. v. General Adjustment Bureau, Inc.

Civil Action No. 72 Civ 5122

### NORTHERN DISTRICT OF CALIFORNIA

Chambers & Barber, Inc. v. General Adjustment Bureau, Inc.

Civil Action No. 72-731-LHB